UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUDICIAL WATCH, INC.,

Plaintiff,

v.

U.S. DEPARTMENT OF JUSTICE,

Defendant.

Civil Action No. 26-0746 (CKK)

**NOTICE OF RELATED CASES**

Defendant, Department of Justice ("DOJ"), by and through undersigned counsel, hereby files this Notice of Related Case pursuant to Local Civil Rule 40.5(b)(3).

This is notice of related cases filed in this United States District Court, three of which have the same Plaintiff, Judicial Watch, and one by a different Plaintiff but requesting the same information.  All three cases involve the Department of Justice as the Defendant. The related cases are as follows:

*Judicial Watch v. DOJ*, Civ. A. No. 25-2011 (LLA): This case involves a FOIA request made by Judicial Watch that seeks the entirety of the Federal Bureau of Investigation's ("FBI") Arctic Frost investigative file. This case is pending with the FBI making monthly interim productions;

*ACLJ v. FBI*, Civ. A. No. 26-381 (TSC): American Center for Law and Justice's FOIA request has 9 parts that all broadly seek records from the Arctic Frost investigative file. Part 9 of the request explicitly seeks the entire file. All of the responsive records at issue in this request are also responsive to the earlier filed 25-2011 case. Plaintiff sent the same request to other DOJ

components including the Criminal Division, National Security Division, Office of Information Policy, and Office of Legal Counsel. These components are also named in Plaintiff's Complaint.

*Judicial Watch, Inc., v. Dept. of Justice,* Civ. A. No. 26-163 (RDM), involves common issues of fact with the prior cases, involves the same parties, Judicial Watch and the Unites States Department of Justice; and grows out of the same events and transaction, *i.e.*, a FOIA action pertaining to the Arctic Frost investigative file. Specifically, the FOIA request at issue seeks records from the Arctic Frost file from the FBI that are also responsive to 25-2011 and 26-381.

The case before this Court, *Judicial Watch, Inc., v. Dept. of Justice*, Civ. A. No. 26-0746 (CKK), involves common issues of fact with the prior cases, involves the same parties, Judicial Watch and the Unites States Department of Justice; and grows out of the same events and transaction, *i.e.*, a FOIA action pertaining to the Arctic Frost investigative file. Specifically, the FOIA request at issue seeks records from the Arctic Frost file from the U.S. Department of Justice Criminal Division that are also responsive to 25-2011, 26-381, and 26-163.

A copy of this Notice will also be filed this date in all three of the named cases.

Dated: April 3, 2026                                Respectfully submitted,

                                                 JEANINE FERRIS PIRRO
                                                 United States Attorney


                          By:    */s/ Zachary J. Krizel*
                                 ZACHARY J. KRIZEL
                                 Assistant United States Attorney
                                 601 D St., N.W.
                                 Washington, D.C. 20530
                                 (202) 252-2518
                                 zachary.krizel@usdoj.gov

2