UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUDICIAL WATCH,

     Plaintiff,

  v.

UNITED STATES DEPARTMENT OF
JUSTICE,

     Defendant.

Civil Action No. 26-0746 (CKK)

**JOINT STATUS REPORT**

Pursuant to the Court's April 7, 2026, Minute Order, Plaintiff, Judicial Watch, and Defendant, the United States Department of Justice, by and through the undersigned counsel, respectfully submit this status report.

Plaintiff brings this case under the Freedom of Information Act ("FOIA") seeking responses to November 10, 2025 request to the Department of Justice Criminal Division ("CRM") and November 10, 2025 request to the Department of Justice Office of Information Policy ("OIP"). *See generally* Compl. (ECF No. 1).  Plaintiff filed the complaint on March 3, 2025 (ECF No.1), and Defendant timely answered on April 3, 2026 (ECF No. 7).

Defendant CRM reports that it has completed its search of Plaintiff's November 10, 2025, FOIA request and did not locate any responsive records. The parties have conferred regarding CRM's response, and Plaintiff has requested a draft search affidavit. Defendant CRM has agreed to provide Plaintiff a draft search affidavit and anticipates completing that draft within the next thirty-days. Once Plaintiff has reviewed the draft, the parties will confer to determine whether any issues remain regarding the CRM request.

Defendant OIP reports that its initial search for records potentially responsive to Plaintiff's request is ongoing. OIP cannot yet confirm when its initial search will be completed but will provide further information about its search timeline and anticipated next steps in the parties' next status report.

Defendants further report that because CRM is preparing a draft search affidavit for Plaintiff's review and OIP is still searching for potentially responsive records, there are no issues currently ripe for briefing, at this time.

To that end, the Defendants propose that they file a subsequent status report on or before June 11, 2026, updating the Court on the of the FOIA requests and any issues that remain outstanding.

Dated:   May 11, 2026                        Respectfully submitted,
         Washington, DC


                                             JEANINE FERRIS PIRRO
                                             United States Attorney

By: /s/ *Christina Bobb*
Christina Bobb                               By: /s/ *Zachary J. Krizel*
D.C. Bar No. 90021326                        ZACHARY J. KRIZEL
JUDICIAL WATCH, INC.                         Assistant United States Attorney
425 Third Street SW, Suite 800               601 D Street, N.W.
Washington, DC 20024                         Washington, D.C. 20530
Tel: (202) 646-5172                          (202) 252-2518
Email: cbobb@judicialwatch.org               Zachary.Krizel@usdoj.gov

                                             *Attorneys for the United States of America*

*Counsel for Plaintiff*