**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JUDICIAL WATCH, <br><br> *Plaintiff*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, <br><br> *Defendant*. | Civil Action No. 26-0746 (CKK) |

**JOINT STATUS REPORT**

Pursuant to Joint Status Report filed June 11, 2026, Plaintiff, Judicial Watch, and Defendant, the United States Department of Justice, by and through the undersigned counsel, respectfully submit this status report.

Plaintiff brings this case under the Freedom of Information Act ("FOIA") seeking responses to November 10, 2025 request to the Department of Justice Criminal Division ("CRM") and November 10, 2025 request to the Department of Justice Office of Information Policy ("OIP"). *See generally* Compl. (ECF No. 1).  Plaintiff filed the complaint on March 3, 2025 (ECF No.1), and Defendant timely answered on April 3, 2026 (ECF No. 7).

Defendant CRM reports that it has completed its search of Plaintiff's November 10, 2025, FOIA request and did not locate any responsive records. Defendant CRM provided Plaintiff a draft search affidavit. Plaintiff reviewed the draft search declaration and provided supplemental questions regarding the search. Defendant is currently reviewing Plaintiff's follow-up questions and will provide a response prior to the filing of the next Joint Status Report.

Defendant OIP reports that it has completed its searches and located no records responsive to Plaintiff's request. Defendant OIP further reports that it provided Plaintiff with a formal final

response on August 10, 2026. Plaintiff has notified Defendant that it disputes this finding and has requested a search declaration and expects to have questions regarding the declaration.

To that end, the Defendants propose that they file a subsequent status report on or before September 10, 2026, updating the Court on the of the FOIA requests and any issues that remain outstanding.

Dated:   August 10, 2026                                    Respectfully submitted,
         Washington, DC


                                                           JEANINE FERRIS PIRRO
                                                           United States Attorney

By: /s/ *Christina Bobb*
Christina Bobb                                             By: /s/ *Zachary J. Krizel*
D.C. Bar No. 90021326                                     ZACHARY J. KRIZEL
JUDICIAL WATCH, INC.                                      Assistant United States Attorney
425 Third Street SW, Suite 800                            601 D Street, N.W.
Washington, DC 20024                                      Washington, D.C. 20530
Tel: (202) 646-5172                                       (202) 252-2518
Email: cbobb@judicialwatch.org                            Zachary.Krizel@usdoj.gov


                                                           *Attorneys for the United States of America*

*Counsel for Plaintiff*