**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JUDICIAL WATCH,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>*Defendant*. | Civil Action No. 26-0746 (CKK) |

**JOINT STATUS REPORT**

Pursuant to Court's Minute Order entered August 11, 2026, Plaintiff, Judicial Watch, and Defendant, the United States Department of Justice, by and through the undersigned counsel, respectfully submit this status report.

Plaintiff brings this case under the Freedom of Information Act ("FOIA") seeking responses to November 10, 2025 request to the Department of Justice Criminal Division ("CRM") and November 10, 2025 request to the Department of Justice Office of Information Policy ("OIP"). *See generally* Compl. (ECF No. 1). Plaintiff filed the complaint on March 3, 2025 (ECF No.1), and Defendant timely answered on April 3, 2026 (ECF No. 7).

Defendant CRM reports that it has completed its search of Plaintiff's November 10, 2025, FOIA request and did not locate any responsive records. Defendant CRM provided Plaintiff a draft search affidavit. Plaintiff reviewed the draft search declaration and provided supplemental questions regarding the search. Defendant CRM has provided responses to those questions, and Plaintiff is currently reviewing those responses. Following the review, the parties will confer to determine what, if any, issues remain.

Defendant OIP reports that it has completed its searches and located no records responsive to Plaintiff's request. Defendant OIP further reports that it provided Plaintiff with a formal final response on August 10, 2026. Plaintiff challenges Defendant OIP's determination and has requested a draft search declaration. Defendant OIP anticipates providing Plaintiff with an informal search summary detailing how OIP's search was conducted on or about September 25, 2026.

To that end, the Defendants propose that they file a subsequent status report on or before October 10, 2026, updating the Court on the of the FOIA requests and any issues that remain outstanding.

Dated: September 10, 2026
Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Zachary J. Krizel*
ZACHARY J. KRIZEL
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-2518
Zachary.Krizel@usdoj.gov

*Attorneys for the United States of America*

By: */s/ Christina Bobb*
Christina Bobb
D.C. Bar No. 90021326
JUDICIAL WATCH, INC.
425 Third Street SW, Suite 800
Washington, DC 20024
Tel: (202) 646-5172
Email: cbobb@judicialwatch.org

*Counsel for Plaintiff*